■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT J. CLARK, JR., Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Harvey, J.—Felony Driving While Intoxicated.) Present—Callahan, A. P. J., Denman, Pine, Balio and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE HIRSH, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Onondaga County Court, Mulroy, J.—Attempted Sodomy, 1st Degree.) Present—Callahan, A. P. J., Denman, Pine, Balio and Lawton, JJ.